**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ANDREW D. WETZEL** | **CIVIL ACTION** |
| **VERSUS** | **NO.  13-5799** |
| **JAMES LEBLANC** | **SECTION "N"  (1)** |

<u>**O R D E R**</u>

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 18), as well as the Objections and Rebuttal to the Report and Recommendation, filed by the petitioner (Rec. Doc. 21), hereby overrules the petitioner's objections.  Further, the Court approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Accordingly,

**IT IS ORDERED** that Andrew D. Wetzel's petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the petitioner's Motion for Evidentiary Hearing (Rec. Doc. 22) is hereby **DENIED**, and the petitioner's Motion to Withdraw Unexhausted Claims (Rec. Doc. 20) is hereby **DENIED AS MOOT**.

New Orleans, Louisiana, this 11th day of February, 2014.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**